**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 5, 2006

# NOTICE OF REASSIGNMENT

Re:     Jeffrey Lee Tapley, et al. v. MBNA Corporation, et al.
        Civil Action No. #3:06-cv-00441-SRW

The above-styled case has been reassigned to Chief Judge Mark E. Fuller..

Please note that the case number is now #3:06-cv-00441-MEF.  This new case number should be used on all future correspondence and pleadings in this action.