IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JEFFRERY LEE TAPLEY, and
BETTY TAPLEY,
    Plaintiffs
v.
MBNA CORPORATION;
TRANSUNION, LLC;
EQUIFAX, INC.; and EXPERIAN
INFORMATION SOLUTIONS, INC.
    Defendants

Case No. 3:06-cv-00441-SRW

## TRANS UNION LLC'S DISCLOSURE STATEMENT

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Trans Union LLC hereby files its Disclosure Statement and in support thereof would respectfully show the Court as follows:

1. Parent Companies: Trans Union LLC is wholly owned by TransUnion Corp., a Delaware Corporation.

2. No public company owns 10% or more of the stock in Trans Union LLC. Trans Union LLC is not publicly traded.

Respectfully submitted,

/s/ Kary Bryant Wolfe
**KARY BRYANT WOLFE** (WOL016)
WALSTON WELLS & BIRCHALL, LLP
P.O. Box 830642
Birmingham, Alabama 35283-0642
(205) 244-5281
(205) 244-5481 (Fax)
**ATTORNEY FOR TRANS UNION LLC**

894264.1/SP/83057/0450/071206

## **CERTIFICATE OF SERVICE**

This is to certify that on the 12th of July 2006, a true and correct copy of the above and foregoing document has been electronically filed with the foregoing Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Patrick J. Ballard
BALLARD LAW OFFICE
2214 Second Ave. No., Ste. 100
Birmingham, Alabama 35203
**Counsel for Plaintiff**

/s/  Kary B. Wolfe
OF COUNSEL

894264.1/SP/83057/0450/071206