UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| Jeffrey Lee Tapley and Betty Tapley,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MBNA Corporation, et al.,<br><br>　　　　Defendant. | Civil Action No.:<br><br>3:06-CV-441-SRW |

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S

## FRCP 7.1 DISCLOSURE STATEMENT

The undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"), hereby certifies, pursuant to Federal Rule of Civil Procedure 7.1, that the following listed parties are its parent corporations and subsidiaries and the publicly held company that owns 10% or more of its stock.  This certification is made to enable the Court to evaluate possible disqualification or recusal:

　　　1.　　Parent Companies:  The parent company of Experian is GUS, PLC ("GUS").

　　　2.　　Subsidiaries Not Wholly Owned:  Experian does not have any subsidiaries which fall into this category.

3. Publicly Held Companies: GUS owns 100 percent of Experian. GUS is publicly traded on the London Stock Exchange.

Respectfully Submitted,

*/s/Laura C. Nettles*
Laura C. Nettles (ASB-5805-S63L)
Attorney for Defendant Experian
Information Solutions, Inc.

OF COUNSEL:
LLOYD, GRAY & WHITHEAD, P.C.
2502 Twentieth Place South, Ste. 300
Birmingham, Alabama 35223
Telephone: (205) 967-8822
Facsimile:  (205) 967-2380

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document to all attorneys of record by electronically filing the foregoing document with the United States District Court, Middle District of Alabama, Eastern Division on this the 20th day of July, 2006, :

Patrick J. Ballard, Esq.
Ballard Law Office
2214 Second Avenue North, Ste. 100
Birmingham, Alabama 35203

Kary B. Wolfe, Esq.
Walston, Wells & Birchall, LLP
P.O. Box 830642
Birmingham, Alabama 35283-0642

*/s/Laura C. Nettles*
OF COUNSEL