UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY LEE TAPLEY and BETTY TAPLEY, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 3:06CV441SRW |
| MBNA CORPORATION; TRANSUNION LLC, EQUIFAX INC.; and EXPERIAN INFORMATION SOLUTIONS, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW, Equifax Information Services LLC, ("Equifax"), incorrectly named in the above-styled lawsuit as Equifax Inc., by counsel, and hereby makes the following Corporate Disclosure Statement:

Equifax Information Services LLC is a wholly-owned subsidiary of Equifax, Inc., which is a publicly traded company.

Respectfully submitted this 3rd day of August, 2006.

                                              EQUIFAX INFORMATION
                                              SERVICES LLC

                                               /s/ E. Luckett Robinson, II
                                              E. Luckett Robinson II, Esq.
                                              Bar No. ROBIE6110
                                              Hand Arendall, L.L.C.
                                              3000 AmSouth Bank Building
                                              107 St. Francis Street
                                              Mobile, Alabama 36602
                                              tel:   (251) 432-5511
                                              fax:  (251) 694-6375

**CERTIFICATE OF SERVICE**

  This is to certify that I have, on August 3, 2006, served a copy of the foregoing upon the following parties by depositing same in the United States mail, with sufficient postage thereon to insure delivery, and addressed as follows:

Patrick J. Ballard
Ballard Law Office
2214 Second Ave. No., Ste. 100
Birmingham, AL 35203

              /s/ E. Luckett Robinson, II