IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY LEE TAPLEY, et al., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MBNA AMERICA BANK, N.A., )<br>et al., )<br>)<br>Defendant. ) | CASE NO. 3:06-cv-441-SRW |

AMENDMENT TO COMPLAINT

COME NOW the Plaintiffs and amend their complaint as follows:

1. Plaintiffs hereby adopt and incorporate by reference all of the material allegations and demands contained in the original complaint as if fully stated herein.

2. The Defendant previously identified as MBNA Corporation is hereby renominated as MBNA America Bank, N.A. and Plaintiffs charge MBNA America Bank, N.A. with all of the allegations of wrongdoing, tortious conduct and violations of law previously alleged against MBNA Corporation.

WHEREFORE, Plaintiffs demand judgment against Defendant MBNA America Bank, N.A., TransUnion, LLC, Equifax, Inc. and Experian Information Solutions, Inc. in an amount to be determined by the jury impaneled to hear this case as compensatory and punitive damages, plus interest and costs as well as any other remedy allowed by law. Plaintiffs also request this Court, on the jury returning a verdict for the Plaintiffs, that it assess an attorney fee to be awarded to Plaintiffs' attorney.

*PLAINTIFFS HEREBY DEMAND TRIAL BY STRUCK JURY*

                                          _____

Patrick J. Ballard
Federal I.D. No.: xxx-xx-7233
2214 Second Ave. N., Suite 100
Birmingham AL 35203
TELE:  (205) 321-9600
email: pat@ballardlawoffice.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been served upon:

Kary B. Wolfe
WALSTON, WELLS & BIRCHALL, LLP
P.O. Box 830642
Birmingham AL 35283-0642

Laura C. Nettles
LLOYD, GRAY & WHITEHEAD, P.C.
2502 20th Pl. S., Ste. 300
Birmingham AL 35223

by email via the CM/ECF system; and upon

Andrew J. Noble, III
BRADLEY ARANT ROSE & WHITE
P.O. Box 830709
Birmingham AL 35238

Garrett E. Miller
KILPATRICK STOCKTON
1100 Peachtree St., Ste. 2800
Atlanta GA 30309

by U.S. Mail, postage prepaid and properly addressed, on this the \_\_\_\_\_ day of _____, 2006.

                                          _____
                                          Patrick J. Ballard