IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY LEE TAPLEY, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 3:06-cv-441-SRW |
| ) | |
| MBNA AMERICA BANK, N.A., et al., ) | |
| ) | |
| Defendant. ) | |

NOTICE OF SERVICE OF WAIVER OF SERVICE FORMS

COME NOW the Plaintiffs in the above styled cause and give notice to the Court that they have served upon Defendant MBNA America Bank, N.A. a request for waiver of service pursuant to Rule 4, Fed. R. Civ. Proc. as evidenced by the attached letter and form.

Respectfully submitted this 3rd day of August, 2006

_____
Patrick J. Ballard
Federal ID No.:
2214 Second Ave. N., Suite 100
Birmingham AL 35203
TELE: (205) 321-9600

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon:

Kary Bryant Wolfe
WALSTON, WELLS & BIRCHALL, LLP
P.O. Box 830642
Birmingham, AL 35283-0642

Garrett E. Miller
1100 Peachtree St., Ste. 2800
Atlanta, GA 30309

Laura C. Nettles
LLOYD, GRAY & WHITEHEAD, P.C.
2502 20th Pl. S., Ste. 300
Birmingham, AL 35223

by email via the CM/ECF system of the Middle District of Alabama; and upon

Andrew J. Noble, III
BRADLEY ARANT ROSE & WHITE
P.O. Box 830709
Birmingham, AL  35283

by U.S. Mail, postage prepaid and properly addressed, on this the 3rd day of August, 2006.

_____
Patrick J. Ballard

| | |
|---|---|
| Phone: (205) 321-9600 | Mobile: (205) 706-7069 |
| Fax:   (205) 323-9805 | Email:   pat@ballardlawoffice.com |

# PATRICK J. BALLARD

ATTORNEY AT LAW
2214 Second Avenue North, Suite 100
Birmingham, Alabama 35203

Thursday, August 03, 2006

Andrew J. Noble, III
BRADLEY ARANT ROSE & WHITE
P.O. Box 830709
Birmingham, AL  35283

**Re:   Tapley v. MBNA America Bank, N.A., et al.; In the United States District Court for the Middle District of Alabama, Eastern Division; 3:06cv441-SRW**

Dear Andy:

As discussed, please find a copy of our Amended Complaint in the above matter, renominating MBNA Corporation as MBNA America Bank, N.A.  Also enclosed is a waiver of service form.  It is my understanding that you will either execute the waiver of service form or forward it to the correct person for that.  I look forward to working with you on this matter.

Sincerely,


Patrick J. Ballard

enclosures

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY LEE TAPLEY, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 3:06-cv-441-SRW |
| ) | |
| MBNA AMERICA BANK, N.A., ) | |
| et al., ) | |
| ) | |
| Defendant. ) | |

AMENDMENT TO COMPLAINT

COME NOW the Plaintiffs and amend their complaint as follows:

1.      Plaintiffs hereby adopt and incorporate by reference all of the material allegations and demands contained in the original complaint as if fully stated herein.

2.      The Defendant previously identified as MBNA Corporation is hereby renominated as MBNA America Bank, N.A. and Plaintiffs charge MBNA America Bank, N.A. with all of the allegations of wrongdoing, tortious conduct and violations of law previously alleged against MBNA Corporation.

WHEREFORE, Plaintiffs demand judgment against Defendant MBNA America Bank, N.A., TransUnion, LLC, Equifax, Inc. and Experian Information Solutions, Inc. in an amount to be determined by the jury impaneled to hear this case as compensatory and punitive damages, plus interest and costs as well as any other remedy allowed by law.  Plaintiffs also request this Court, on the jury returning a verdict for the Plaintiffs, that it assess an attorney fee to be awarded to Plaintiffs' attorney.

*PLAINTIFFS HEREBY DEMAND TRIAL BY STRUCK JURY*

_____
Patrick J. Ballard
Federal I.D. No.: xxx-xx-7233
2214 Second Ave. N., Suite 100
Birmingham AL 35203
TELE: (205) 321-9600
email: pat@ballardlawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon:

Kary B. Wolfe
WALSTON, WELLS & BIRCHALL, LLP
P.O. Box 830642
Birmingham AL 35283-0642

Laura C. Nettles
LLOYD, GRAY & WHITEHEAD, P.C.
2502 20th Pl. S., Ste. 300
Birmingham AL 35223

by email via the CM/ECF system; and upon

Andrew J. Noble, III
BRADLEY ARANT ROSE & WHITE
P.O. Box 830709
Birmingham AL 35238

Garrett E. Miller
KILPATRICK STOCKTON
1100 Peachtree St., Ste. 2800
Atlanta GA 30309

by U.S. Mail, postage prepaid and properly addressed, on this the \_\_\_\_\_ day of _____, 2006.

_____
Patrick J. Ballard

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY LEE TAPLEY, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 3:06-cv-441-SRW |
| ) | |
| MBNA AMERICA BANK, N.A., et al., ) | |
| ) | |
| Defendant. ) | |

WAIVER OF SERVICE OF SUMMONS

TO: Patrick J. Ballard, Attorney for Plaintiff

     I acknowledge receipt of your request that I waive service of a summons in the action of *Tapley v. MBNA America Bank, N.A.*, which is case number 3:06-cv-441-SRW in the United States District Court for the Middle District of Alabama, Eastern Division. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

     I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

     I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

     I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after May 31, 2006, or within 90 days after that date if the request was sent outside the United States.

_____   _____
Date                             Signature
Printed/typed name: _____
                           as Registered Agent of MBNA America Bank, N.A.

DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

     Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

     It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

     A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.