IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY LEE TAPLEY, *et. al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 3:06-cv-441-MEF |
| | ) |
| MBNA CORPORATION, *et. al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

On August 3, 2006, Plaintiff filed an Amendment to Complaint (Doc. # 13). Federal Rule of Civil Procedure 15 states that a party may not amend a pleading without leave of court if a responsive pleading has already been served. As a number of the Defendants have already filed Answers to the original Complaint, Plaintiffs may not file an amended complaint without leave of this Court. Furthermore, the Amendment to Complaint filed does not comply with Local Rule 15.1.[1] For these reasons, it is hereby ORDERED that the Amendment to Complaint (Doc. # 13) is STRICKEN.

DONE this the 4th day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Local Rule 15.1 states that "[a]ny amendment to a pleading . . . must . . reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference." M.D. Ala. LR 15.1.