## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| Jeffrey Lee Tapley and Betty Tapley, | |
| Plaintiffs, | Civil Action No.: |
| v. | 3:06-CV-441-SRW |
| MBNA Corporation, et al., | |
| Defendant. | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY IRIS Y. GONZÁLEZ

The undersigned Laura C. Nettles, a member of the bar of the United States District Court for the Middle District of Alabama, hereby moves that Iris Y. González be admitted to practice as an attorney of this Court this 4th day of August, 2006. In support of said motion, the undersigned submits Ms. González' application, attached hereto as Exhibit A and a Certificate of Good Standing attached hereto as Exhibit B.

Respectfully submitted,

*s/Laura C. Nettles*
Laura C. Nettles (ASB-5805-S63L)
Counsel for Defendant
Experian Information
Solutions, Inc.

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing document to all attorneys of record by electronically filing the foregoing document with the United States District Court, Middle District of Alabama, Eastern Division on this the 4th day of August, 2006, :

Patrick J. Ballard, Esq.
Ballard Law Office
2214 Second Avenue North, Ste. 100
Birmingham, Alabama 35203

Kary B. Wolfe, Esq.
Walston, Wells & Birchall, LLP
P.O. Box 830642
Birmingham, Alabama 35283-0642


                                       */s/Laura C. Nettles*
                                       OF COUNSEL