IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

*APPLICATION FOR ADMISSION TO PRACTICE*

The undersigned attorney hereby applies for admission to practice before the United States District Court for the ~~Northern~~ Middle District of Alabama (check one) _____ Generally, or __X__ *Pro Hac Vice* and submits the following:

1. State:

    (a) Full name: Iris Y. Gonzalez

    (b) Present business address: 2727 N. Harwood Street, Dallas, Texas 75201

    (c) Office telephone number: 214/969-3682

    (d) Name of your firm, company or agency: Jones Day

2. State the law school(s) you have attended, specifying the dates and the degree(s) you have received: Georgetown University Law Center, J.D., February 2003

3. (a) Are you a member in good standing of the bar of the Supreme Court of Alabama? No.

    (b) If so, state the month and year you were admitted:

    (c) Are you a member in good standing of the bar of any other state's highest court? Yes.

    (d) If so, name the state(s) and the month and year you were admitted: Texas, November 2003.

4. Name the federal courts, if any, to which you are presently admitted to practice, and are in good standing: U.S. district Court for the Northern District of Texas

5. Are you regularly engaged in the practice of law in the State of Alabama? No.

6. (a) Have you ever sought admission to practice before any federal or state appellate or trial court and been refused admission, either on a temporary or permanent basis? No.

    (b) If so describe fully the circumstances:

7. (a) Do you presently have pending against you any disciplinary charges by any court or bar association? No.

    (b) If so, describe fully the circumstances:

DLI-6016952v1



EXHIBIT A

8.  (a)  Have you ever been cited for contempt by any federal or state court? No.

    (b)  If so, describe fully the circumstances:

9.  (a)  Have you ever been disbarred or suspended from practice or in any other way disciplined in any federal or state appellate or trial court? No.

    (b)  If so, describe fully the circumstances:

10. Do you understand the Code of Professional Responsibility of the Alabama State Bar, as amended to date, and do you agree to comport yourself in accordance with it in connection with your practice in this Court? Yes.

11. Do you agree to read and abide by the Local Rules of the United States District Court for the Northern District of Alabama, and to familiarize yourself therewith prior to filing any case and/or pleadings or appearing before this Court, and to familiarize yourself with the Standing Orders of this Court? (the Standing Orders of this Court are available for your review in the Clerk's Office upon request.) Yes.

12. I declare under penalty of perjury that the foregoing is true and correct.

    Applicant: _____

    Date: July 31, 2006

Oath of Admission:

I DO SOLEMNLY SWEAR (OR AFFIRM) THAT I WILL DEMEAN MYSELF AS AN ATTORNEY, ACCORDING TO THE BEST OF MY LEARNING AND ABILITY, AND WITH ALL GOOD FIDELITY, AS WELL TO THE COURT AS TO THE CLIENT; THAT I WILL USE NO FALSEHOOD OR DELAY ANY PERSON'S CAUSE FOR LUCRE OR MALICE, AND THAT I WILL SUPPORT THE CONSTITUTION OF THE STATE OF ALAAMA AND OF THE UNITED STATES, SO LONG AS I CONTINUE A CITIZEN THEREOF, SO HELP ME GOD.

Attorney: _____

DLI-6016952v1