# The Supreme Court of Texas

AUSTIN

---
CLERK'S OFFICE
---

I, **ANDREW WEBER,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

### IRIS YOHANA GONZALEZ

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 20th day of November, 2003.

I further certify that the records of this office show that, as of this date

### IRIS YOHANA GONZALEZ

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this 27th day of July, 2006.

ANDREW WEBER, Clerk

by _Andrea King_

Andrea King, Deputy Clerk

No. 5192

EXHIBIT
B