# Certificate of Good Standing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

I, **KAREN MITCHELL**, Clerk of the United States District Court, Northern District of Texas, DO HEREBY CERTIFY that **Iris Gonzalez**, Bar #**24042545**, was duly admitted to practice in said Court on **December 16, 2005**, and is in good standing as a member of the bar of said Court.

Signed at Dallas, Texas on August 7, 2006.

KAREN MITCHELL, Clerk

BY: _____
Deputy Clerk