IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY LEE TAPLEY, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| vs. | )    CASE NO. 3:06-cv-441-MEF |
| | ) |
| MBNA CORPORATION, et al., | ) |
| | ) |
|     Defendants. | ) |

MOTION FOR LEAVE TO AMEND COMPLAINT

COME NOW the Plaintiffs in the above styled cause and move this Honorable Court for leave to amend their complaint. As grounds, Plaintiffs show unto the Court the following:

1. Plaintiffs' counsel apologizes to the Court for his misinterpretation of the Rule 15, of the F.R.C.P. and for overlooking local rule 15.1 and seeks, by this motion to cure those deficiencies.

2. In their original complaint, Plaintiffs named, as one of the defendants, MBNA Corporation. Recently, Plaintiffs' counsel received a phone call from counsel for MBNA, who stated that the correct MBNA defendant was actually MBNA America Bank, N.A., at the time of the incidents made the basis of this suit, a wholly owned subsidiary of MBAN Corporation.

3. The undersigned counsel for Plaintiffs' agreed to defense counsel's request to amend the complaint to re-nominate the MBNA corporate defendant per this information.

4. Since that time, Plaintiffs have also learned the correct names of two of the other defendants. A copy of a proposed amended complaint, renominating these Defendants and restating the claims against all Defendants is attached as Exhibit A.

WHEREFORE, Plaintiffs request leave of the Court to amend their complaint to re-nominate certain of the Defendants as outlined above and as set forth in the accompanying proposed amended complaint.

Respectfully submitted this 7th day of August, 2006.

                                                                     _____

Patrick J. Ballard
Federal I.D. No.: xxx-xx-7233
2214 Second Ave. N., Suite 100
Birmingham AL 35203
TELE: (205) 321-9600
email: pat@ballardlawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon:

Kary Bryant Wolfe
WALSTON, WELLS & BIRCHALL, LLP
P.O. Box 830642
Birmingham, AL 35283-0642

Garrett E. Miller
KILPATRICK STOCKTON
1100 Peachtree St., Ste. 2800
Atlanta, GA 30309

Laura C. Nettles
LLOYD, GRAY & WHITEHEAD, P.C.
2502 20th Pl. S., Ste. 300
Birmingham, AL 35223

by email via the CM/ECF system on this the 7th day of August, 2006.

                                              _____
Patrick J. Ballard

cc: Andrew J. Noble, III