**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

August 8, 2006

# NOTICE OF CORRECTION

FROM:   Clerk's Office

Case Style:  Jeffrey Lee Tapley et al v. MBNA Corporation et al

Case No.:  3:06cv441-MEF
         Document 16   Motion to Appearl Pro Hac Vice

This Notice of Correction was filed in the referenced case this date to attach the pdf for the Certificate of Good Standing for Iris Gonzales required for Admission Pro Hac Vice in this case.