IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY LEE TAPLEY, *et. al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MBNA CORPORATION, *et. al.*, )<br>)<br>Defendants. ) | Case No. 3:06-cv-441-MEF |

## **ORDER**

This cause is before the Court on Plaintiffs' Motion for Leave to Amend Complaint (Doc. # 17). Upon consideration, it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that the Plaintiffs shall filed the Amended Complaint by no later than August 18, 2006.

DONE this 9th day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE