IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY LEE TAPLEY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 3:06-cv-441-MEF |
| ) | |
| MBNA CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Motion for Admission Pro Hac Vice of Attorney Iris Y. Gonzalez (Doc. #16) filed on August 4, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this 9th day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE