IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2006 SEP 19 A 10: 53

| | |
|---|---|
| JEFFREY LEE TAPLEY, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 3:06-cv-441-MEF |
| | ) |
| MBNA AMERICA BANK, N.A., | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## ANSWER

Defendant MBNA America Bank, N.A., now known as FIA Card Services, National Association, answers the complaint as now amended (the "Complaint") as follows:

### First Defense

1.     Plaintiffs' claims are subject to arbitration and this action is due to be stayed pending arbitration.

### Second Defense

2.     Defendant denies the material allegations of the Complaint directed against it, except that defendant admits that this Court has subject matter jurisdiction, that venue is proper, that plaintiffs have had an account with defendant, and that defendant has furnished information concerning the status of

1

the account to certain consumer reporting agencies, and defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations directed against the other defendants. Defendant contests the relief sought.

### Third Defense

3.     The Complaint fails to state a claim upon which relief can be granted.

### Fourth Defense

4.     Plaintiffs' claims are barred or limited by the provisions of 15 U.S.C. § 1681s-2(c) and (d).

### Fifth Defense

5.     Plaintiffs' state law claims are preempted or limited by federal law, including without limitation by 15 U.S.C. § 1681h(e) and 15 U.S.C. § 1681t.

### Sixth Defense

6.     Defendant's actions were privileged.

### Seventh Defense

7.     Defendant's actions were justifiable and reasonable.

2

### Eighth Defense

8.     Defendant asserts the defense of Truth.

### Ninth Defense

9.     Defendant's actions were protected by the First Amendment to the United States Constitution.

### Tenth Defense

10.     Plaintiffs' state law claims are barred or limited by the provisions of Section 6-5-186 of the Alabama Code.

### Eleventh Defense

11.     Plaintiffs' claims are barred by the doctrines of waiver and estoppel.

### Twelfth Defense

12.     Plaintiffs' claims are barred by the statute of limitations.

### Thirteenth Defense

13.     Plaintiffs have failed to mitigate damages.

**Fourteenth Defense**

14.     To the extent the Complaint seeks to make defendants liable for punitive damages, defendants adopt by reference the defenses, criteria, limitations, standards and constitutional protections mandated or provided by the United States Supreme Court in <u>BMW of North America, Inc. v. Gore</u>, 517 U.S. 559 (1996), <u>Cooper Industries, Inc. v. Leatherman Tool Group, Inc.</u>, 532 U.S. 923 (2001), and <u>State Farm Mutual Automobile Insurance Company v. Campbell</u>, 538 U.S. 408 (2003).

**Fifteenth Defense**

15.     Imposition of punitive damages against defendants would contravene the Commerce Clause of the United States Constitution in that such an award would constitute, if imposed, an undue and unreasonable burden on interstate commerce.

**Sixteenth Defense**

16.     Any demand for punitive damages in the instant case is limited by the provisions of Act No. 358 of the 1999 Regular Session of the Alabama Legislature.

4

### Seventeenth Defense

17.    Defendants reserve the right to assert any claims they may

have against plaintiff in arbitration.

_Andrew J. Noble_

Andrew J. Noble, III (NOB001)
Bradley Arant Rose & White LLP
P. O. Box 830709
Birmingham, AL 35283-0709
(205) 521-8000

George R. Parker (PAR086)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
(334) 956-7700

Attorneys for Defendant
MBNA America Bank, N.A.

OF COUNSEL:

BRADLEY ARANT ROSE & WHITE LLP

P. O. Box 830709
Birmingham, AL  35283-0709
(205) 521-8000

The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
(334) 956-7700

## CERTIFICATE OF SERVICE

I hereby certify that I have, on this the _18th_ day of September, 2006, served a correct copy of the foregoing upon the following by placing the same in the United States Mail, properly addressed and postage prepaid:

Patrick J. Ballard
2214 Second Ave. N., Suite 100
Birmingham, AL 35203

Kary Bryant Wolfe
WALSTON, WELLS & BIRCHALL, LLP
P.O. Box 830642
Birmingham, AL 35283-0642

Garrett E. Miller
KILPATRICK STOCKTON
1100 Peachtree St., Ste. 2800
Atlanta, GA 30309

Laura C. Nettles
LLOYD, GRAY & WHITEHEAD, P.C.
2502 20th Pl. S., Ste. 300
Birmingham, AL 35223