## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

**Jeffrey Lee Tapley and Betty Tapley,**

**Plaintiffs,**

**v.**

**MBNA Corporation, et al.,**

**Defendant.**

**Civil Action No.:**

**3:06-CV-441-SRW**

### EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT

NOW COMES Defendant Experian Information Solutions, Inc. ("Experian"), by its undersigned counsel, and in Answer to the Amended Complaint, states as follows:

### ANSWER

1.    In response to paragraph 1 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

2.    In response to paragraph 2 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the

truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

3.    In response to paragraph 3 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

4.    In response to paragraph 4 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

5.    In response to paragraph 5 of the Amended Complaint, Experian admits that it is an Ohio corporation, with its principal place of business in Costa Mesa, California.   Experian further admits that it is qualified to do business and does conduct business in the State of Alabama.

6.    In response to paragraph 6 of the Amended Complaint, Experian admits that Plaintiffs have alleged jurisdiction based on the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 et seq.   Experian states that this is a legal conclusion which is not subject to denial or admission.   Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 6 of the Amended Complaint.

7.    In response to paragraph 7 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

8.    In response to paragraph 8 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

9.    In response to paragraph 9 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

10.    In response to paragraph 10 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

11.    In response to paragraph 11 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

12.    In response to paragraph 12 of the Amended Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 12 of the Amended Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 12 of the Amended Complaint.

13.    In response to paragraph 13 of the Amended Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 13 of the Amended Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 13 of the Amended Complaint.

14.    In response to paragraph 14 of the Amended Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 14 of the Amended Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those

allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 14 of the Amended Complaint.

15.    In response to paragraph 15 of the Amended Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

16.    In response to paragraph 16 of the Amended Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 16 of the Amended Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 16 of the Amended Complaint.

17.    In response to paragraph 17 of the Amended Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 17 of the Amended Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 17 of the Amended Complaint.

18.     In response to paragraph 18 of the Amended Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 18 of the Amended Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 18 of the Amended Complaint.

19.     In response to paragraph 19 of the Amended Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 19 of the Amended Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 19 of the Amended Complaint.

20.     In response to paragraph 20 of the Amended Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 20 of the Amended Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those

allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 20 of the Amended Complaint.

21.    In response to paragraph 21 of the Amended Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 21 of the Amended Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 21 of the Amended Complaint.  Additionally, Experian denies that Plaintiff is entitled to the relief requested in the unnumbered paragraph following paragraph 21 of the Amended Complaint.

22.    In response to paragraph 22 of the Amended Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 22 of the Amended Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 22 of the Amended Complaint.

23.    In response to paragraph 23 of the Amended Complaint, Experian denies, generally and specifically, each and every allegation contained

therein that relates to Experian.  As to the allegations in paragraph 23 of the Amended Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 23 of the Amended Complaint.

24.     In response to paragraph 24 of the Amended Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 24 of the Amended Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 24 of the Amended Complaint.  Additionally, Experian denies that Plaintiff is entitled to the relief requested in the unnumbered paragraph following paragraph 24 of the Amended Complaint.

## AFFIRMATIVE DEFENSES

### Immunity

All claims defamation, slander, and libel against Experian are barred by the qualified immunity of 15 U.S.C. § 1681h(e).

**Truth/Accuracy of Information**

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiffs was true.

**Privilege**

Plaintiffs' claims of defamation, libel, and slander are barred because any information about Plaintiffs communicated to third persons were communicated under a privilege.

**Indemnification**

Experian is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiffs are the results of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

**Intervening Causation**

Plaintiffs' alleged damages were not caused by Experian, but by an independent intervening cause (e.g., accurate negative credit information regarding Plaintiffs).

**Failure to Mitigate Damages**

Plaintiffs have failed to mitigate their damages.

**Laches**

The Complaint and each claim for relief therein is barred by laches.

## Contributory/Comparative Fault

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiffs were, at least in part, caused by the actions of Plaintiffs themselves and resulted from Plaintiffs' own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

## Estoppel

Any damages which Plaintiffs may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiffs. Therefore, Plaintiffs are estopped and barred from recovery of any damages.

## Statute of Limitations

Experian is informed and believes and thereon alleges that all claims for relief in the Complaint herein are barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p.

## Unclean Hands

The Complaint, and each claim for relief therein that seeks equitable relief, is barred by the doctrine of unclean hands.

## Right to Assert Additional Defenses

Experian reserves the right to assert additional affirmative defenses as such time and to such extent as warranted by discovery and the factual developments in this case.

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

(1)    That Plaintiffs take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

(2)    For costs of suit and attorneys' fees herein incurred; and

(3)    For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

*s/Laura C. Nettles*
Laura C. Nettles (ASB-5850-S63L)
Lloyd, Gray & Whitehead, P.C.
2501 20th Place South, Suite 300
Birmingham, Alabama 35223
Telephone:  (205)-967-0823
Facsimile:  (205)-967-2380

Iris Y. González
(Texas Bar No. 24042545)
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
Telephone:  (214)-969-3682
Facsimile:  (214)-969-5100

Counsel for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the foregoing document to all attorneys of record by electronically filing the foregoing document with the United States District Court, Middle District of Alabama, Eastern Division on this the 25th day of September, 2006, :

Patrick J. Ballard, Esq.
Ballard Law Office
2214 Second Avenue North, Ste. 100
Birmingham, Alabama 35203

Kary B. Wolfe, Esq.
Walston, Wells & Birchall, LLP
P.O. Box 830642
Birmingham, Alabama 35283-0642

Edward Luckett Robinson, II
Hand Arendall, L.L.C.
P.O. Box 123
Mobile, AL 36601


                                        /s/Laura C. Nettles
                                        OF COUNSEL