**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **Jeffrey Lee Tapley and Betty Tapley,** | |
| **Plaintiffs,** | **Civil Action No.:3:06-CV-441-MEF** |
| **v.** | |
| **MBNA Corporation, et al.,** | |
| **Defendant.** | |

## REPORT OF PARTIES' PLANNING MEETING

1.      Pursuant to Federal Rule of Civil Procedure 26(f), the parties conducted a series of meetings both electronically and over the telephone, attended by the following:

Patrick James Ballard, attorney for Plaintiffs;

John J. Friedline, attorney for Equifax Information Services, LLC;

Iris Y. Gonzalez and Laura C. Nettles, attorneys for Experian Information Solutions, Inc.;

Kary B. Wolfe, attorney for Trans Union LLC; and

Andrew J. Noble, III and George Robert Parker, Jr., attorneys for MBNA America Bank, N.A., now known as FIA Card Services, National Association, reserving the right to insist that this action be stayed pending arbitration. This report is being submitted subject to said reservation.

2.       **Pre-Discovery Disclosures**. The parties shall exchange the information required by Rule 26(a)(1) within 21 days of the entry of the Court's scheduling order.

3.       **Discovery Plan**. The parties jointly propose the following discovery plan:

(a)       All discovery commenced in time to be completed by **October 10, 2007**.

(b)       Maximum of 8 depositions for the Plaintiff and 8 depositions for the Defendants, with a maximum time limit of 8 hours per deposition, unless extended by agreement of the parties.  This limitation does not include depositions upon written questions.

(c)       Maximum of 35 Interrogatories by each party, with responses due within thirty days after service.

(d)       Maximum of 20 Requests for Admissions by each party, with responses due within thirty days after service.

(e)       Maximum of 30 Requests for Production by each party, with responses due within thirty days after service.

(f)       Supplements under Fed.R.Civ.P. Rule 26(e), are due 30 days before the close of discovery.

4.      **Other Items**.

(a)      The parties do not request a conference with the Court before entry of the scheduling order.

(b)      Reports from retained experts under Rule 26(a)(2) F.R.C.P. are due from the plaintiff by **June 11, 2007**, and any such experts shall be made available for deposition by no later than **June 26, 2007**.  Reports from retained experts from the defendant are due by **July 11, 2007**, and any such experts shall be made available for deposition by not later than **July 26, 2007**.

(c)      The parties request a pretrial conference during the week of **October 29, 2007**.

(d)      All potentially dispositive motions should be filed by **July 23, 2007.**

(e)      Any motions to amend the pleadings or to join additional parties should be filed within 30 days of the entry of the Court's scheduling order.

(f)      Settlement and mediation cannot realistically be evaluated until the parties conduct further discovery.

(g)      Final list of trial witnesses and exhibits under Fed. R. Civ. P. 26(a)(3) must be served and filed:

      1.      By the Plaintiff: 30 days before trial; and

      2.      By the Defendants: 30 days before trial.

(h)      Objections are to be filed within 15 days after receipt of final list.

(i)    This case should be ready for trial at the **December 10, 2007** term.

The attorneys for Plaintiffs Jeffrey Lee Tapley and Betty Tapley and for Defendants Equifax Information Services, LLC, Experian Information Solutions, Inc., and Trans Union LLC have reviewed this Report of the Parties' Planning Meeting and consent to the attorneys for MBNA America Bank, N.A., now known as FIA Card Services, National Association e-filing this report.

*s/George R. Parker*
George Robert Parker, Esq. (PAR086)
Andrew J. Noble, III, Esq. (NOB001)
Attorneys for MBNA America Bank, N.A., now known as FIA Card Services, National Association

*Of Counsel:*
Bradley Arant Rose & White, LLP
P.O. Box 830709
Birmingham, Alabama 35283-0709

*s/Patrick James Ballard*
Patrick James Ballard (BAL027)
Attorney for Plaintiffs

*Of Counsel:*
2214 2nd Ave N., Suite 100
Birmingham, Al 35203

 

 

 

 

                                 *s/Laura C. Nettles*
                                 Laura C. Nettles (ASB-5805-S63L)
                                 Iris Y. Gonzalez
                                 Attorneys for Defendant Experian
                                 Information Solutions, Inc.

*Of Counsel*:
LLOYD, GRAY & WHITHEAD, P.C.
2502 Twentieth Place South, Ste. 300
Birmingham, Alabama 35223
Telephone: (205) 967-8822
Facsimile:   (205) 967-2380

 

                                 *s/Edward Luckett Robinson, II*
                                 Edward Luckett Robinson, II (ROB097)
                                 Attorney for Equifax Information Services,
                                 LLC

*Of Counsel:*
Hand Arendall, LLC
Park Place Tower, Ste. 900
2001 Park Place North
Birmingham, Alabama 35203

 

                                 *s/Kary B. Wolfe*
                                 Kary B. Wolfe, Esq. (WOL016)
                                 Attorney for Trans Union, LLC

*Of Counsel:*
Walston Wells & Birchall, LLP
Post Office Box 803642
Birmingham, Alabama 35283-0642