UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY LEE TAPLEY and BETTY TAPLEY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 3:06CV441-SRW ) |
| MBNA CORPORATION; TRANSUNION LLC, EQUIFAX INC.; and EXPERIAN IFNORMATION SOLUTIONS, INC., | ) ) ) ) |
| Defendants. | ) ) ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Defendant Equifax Information Services, LLC hereby gives notice of the entry of appearance as counsel for Defendant Equifax Information Services LLC of:

> **Kirkland E. Reid**
> Miller, Hamilton, Snider & Odom, LLC
> 254 State Street
> Mobile, Alabama 36603
> Direct Tel: 251-439-7513
> Direct Fax: 251-431-9411
> Email: KirkReid@mhsolaw.com

and the withdrawal of appearance as counsel for Defendant Equifax Information Services LLC of:

> **E. Luckett Robinson, II**
> Hand Arendall, LLC
> 3000 AmSouth Bank Building
> 107 St. Francis Street
> Mobile, AL 36602
> Telephone: 251-432-5511
> Fax: 251-694-6375
> Email: lrobinson@handarendall.com

Respectfully submitted,

s/  Kirkland E. Reid
Kirkland E. Reid
Miller, Hamilton, Snider & Odom, LLC
254 State Street
Mobile, Alabama 36603
Direct Tel: 251-439-7513
Attorney for Equifax Information Services, Inc.


s/   Luckett Robonson (Signed by Consent)
E. Luckett Robinson II, Esq.
Bar No. ROBIE6110
Hand Arendall, L.L.C.
3000 AmSouth Bank Building
107 St. Francis Street
Mobile, Alabama 36602
tel:     (251) 432-5511
fax:    (251) 694-6375


**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of December, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Patrick J. Ballard
Ballard Law Office
2214 Second Ave. No., Ste. 100
Birmingham, AL 35203
pjballard@ballardlawoffice.com

Iris Y. Gonzalez
Jones Day
2727 N. Hardoow Street
Dallas, TX 75201
iygonzalez@jonesday.com

Laura Catherine Nettles
Lloyd, Gray & Whitehead, P.C.
2501 Twentieth Place South
Suite 300
Birmingham, AL 35223
lnettles@lgwpc.com

Andrew J. Noble, III
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
anoble@bradleyarant.com

| | |
|---|---|
| George Robert Parker<br>Bradley Arant Rose & White LLP<br>Alabama Center for Commerce<br>401 Adams Avenue, Suite 780<br>Montgomery, AL 36104<br>gparker@bradleyarant.com | Kary B. Wolfe<br>Walston Wells & Birchall LLP<br>P.O. Box 830642<br>Birmingham, AL 35283-0642<br>kwolfe@walstonwells.com |

 

                                              s/ Kirkland E. Reid
                                              Kirkland E. Reid