IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY LEE TAPLEY, *et al.,*      ) | |
|                                        ) | |
|     Plaintiffs                       ) | |
| v.                                            ) | CASE NO. 3:06-cv-441-MEF |
|                                        ) | |
| TRANS UNION, LLC, *et al.,*      ) | |
|                                        ) | |
|     Defendants.                 ) | |

## **O R D E R**

Upon consideration of the Notice of Substitution of Counsel (Doc. #29) filed on December 28, 2006, which the court construes as a motion to withdraw, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 4th day of January, 2007.

                                                                       /s/ Mark E. Fuller
                                              CHIEF UNITED STATES DISTRICT JUDGE