UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

Jeffrey Lee Tapley and Betty Tapley,

    Plaintiffs,

v.

MBNA Corporation, et al.,

    Defendant.

Civil Action No.:3:06-CV-441-SRW

## AMENDED CERTIFICATION AS TO INTERESTED PARTIES

The undersigned, counsel of record for Experian Information Solutions, Inc., ("Experian") hereby certifies pursuant to Federal Rule of Civil Procedure 7.1, that the following listed parties are its parent corporations and subsidiaries and the publicly held company that owns 10% or more of its stock. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies: The parent company of Experian is Experian Group Limited.

2. Subsidiaries Not Wholly Owned: The following companies are subsidiaries of Experian that are not wholly owned:

    (a) First American Real Estate Solutions, LLC

    (b) First American Real Estate Solutions II, LLC

    (c) Vehicle Title, LLC

    (d) Central Source LLC

    (e) Online Data Exchange LLC

    (f) New Management Services LLC

    (g) VantageScore Solutions LLC

3. Publicly Held Companies: Experian Group Limited owns 100 percent of Experian. Experian Group Limited is publicly traded on the London Stock Exchange.

DLI-6036898v1

- 2 -

Dated: January 22, 2007

Respectfully submitted,

By: *[signature]*
Iris Y. González
JONES DAY
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 969-3682
Facsimile: (214) 969-5100
Email: iygonzalez@jonesday.com

Laura C. Nettles
Lloyd, Gray & Whitehead, P.C.
2501 20th Place South, Suite 300
Birmingham, Alabama 35223
Telephone: (205) 967-0823
Facsimile: (205) 967-2380
Email: lnettles@gwpc.com

Counsel for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

DLI-6036898v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January, 2007, I electronically filed this document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Patrick J. Ballard
BALLARD LAW OFFICE
2214 Second Avenue, North, Suite 100
Birmingham, Alabama 35203

*Counsel for Plaintiff*

Andrew J. Noble, III
BRADLEY ARANT ROSE & WHITE, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104

George R. Parker
BRADLEY ARANT ROSE & WHITE, LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104

*Counsel for MBNA*

E. Luckett Robinson, II
HAND ARENDALL, LLC
P.O. Box 123
Mobile, Alabama 36601

*Counsel for Equifax Information Services, LLC*

Kary Bryant Wolfe
WALSTON WELLS & BIRCHALL, LLP
P.O. Box 830642
Birmingham, Alabama 35283-0642

*Counsel for Trans Union LLC*

_____
Iris Y. González