# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| JEFFREY LEE TAPLEY, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 3:06-cv-441-MEF |
| | ) |
| MBNA AMERICA BANK, N.A., | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

MBNA America Bank, N.A., the true and correct name of which is now FIA Card Services, National Association, states that Bank of America Corporation is the publicly traded parent corporation of FIA Card Services, National Association.

                                              s/George R. Parker
                                              George R. Parker (PAR086)
                                              BRADLEY ARANT ROSE & WHITE LLP
                                              The Alabama Center for Commerce
                                              401 Adams Avenue, Suite 780
                                              Montgomery, AL 36104
                                              (334) 956-7700

                                              One of the Attorneys for Defendant
                                              MBNA America Bank, N.A.

OF COUNSEL:

Andrew J. Noble III
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

## CERTIFICATE OF SERVICE

      I hereby certify that on March 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Patrick J. Ballard, Esq.
>BALLARD LAW OFFICE
>2214 Second Ave. N., Suite 100
>Birmingham, AL 35203
>
>Kary Bryant Wolfe, Esq.
>WALSTON, WELLS & BIRCHALL, LLP
>P.O. Box 830642
>Birmingham, AL 35283-0642
>
>Iris Y. Gonzalez, Esq.
>JONES DAY
>2727 N. Harwood Street
>Dallas, TX 75201
>
>Laura C. Nettles, Esq.
>LLOYD, GRAY & WHITEHEAD, P.C.
>2502 20th Pl. S., Ste. 300
>Birmingham, AL 35223

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: N/A.

>                s/ George R. Parker
>                Of Counsel