**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

March 27, 2007

## NOTICE OF REASSIGNMENT

RE:    Jeffrey Lee Tapley et al v. Trans Union, LLC et al

Civil Action No. 2:06cv441-MEF

The above-styled case has been reassigned to Magistrate Judge Wallace Capel.

Sincerely,

Sheryl K. Lent
Deputy Clerk