IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JEFFREY LEE TAPLEY, and
BETTY TAPLEY,
    Plaintiffs
v.
MBNA CORPORATION;                    Case No. 3:06-cv-00441-SRW
TRANSUNION, LLC;
EQUIFAX, INC.; and EXPERIAN
INFORMATION SOLUTIONS, INC.
    Defendants

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE FULLER:

Plaintiffs Jeffrey Lee Tapley and Betty Tapley, and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Jeffrey Lee Tapley and Betty Tapley and Trans Union LLC to be determined by this Court. The Plaintiffs hereby stipulate that all claims or causes of action against Trans Union LLC which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

                    Respectfully submitted,

/s/Patrick J. Ballard
**PATRICK J. BALLARD**
Federal I.D. No.: xxx-xx-7233
**BALLARD LAW OFFICE**
2214 2nd Ave. N., Ste. 100
Birmingham, AL 35203
205-321-9600
Fax: 205-323-9805
Email: pjballard@ballardlawoffice.com
***ATTORNEY FOR PLAINTIFFS***

Respectfully Submitted,

Kary Bryant Wolfe

**KARY BRYANT WOLFE** (WOL016)
kwolfe@walstonwells.com
WALSTON WELLS & BIRCHALL, LLP
P.O. Box 830642
Birmingham, Alabama 35283-0642
(205) 244-5281
(205) 244-5481 (Fax)

**ATTORNEY FOR TRANS UNION LLC**

## CERTIFICATE OF SERVICE

This is to certify that on the 13th of August, 2007, a true and correct copy of the above and foregoing document has been electronically filed with the foregoing Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Patrick J. Ballard
pjballard@ballardlawoffice.com
BALLARD LAW OFFICE
2214 Second Ave. No., Ste. 100
Birmingham, Alabama 35203
*Counsel for Plaintiffs*

E. Luckett Robinson, II
lrobinson@handarendall.com
Hand Arendall, L.L.C.
PO Box 123
Mobile, AL 36601
  and
Kirkland E Reid
kirkreid@mhsolaw.com
Miller, Hamilton, Snider & Odom, LLC
254 State Street
Mobile, AL 36603
*Counsel for Equifax*

Iris Y Gonzalez
iygonzalez@jonesday.com
Jones Day
2727 N. Harwood Street
Dallas, TX 75201
  and
Laura C. Nettles
lnettles@lgwpc.com
Lloyd, Gray & Whitehead, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, AL 35223
*Counsel for Experian*

Andrew J. Noble, III
anoble@bradleyarant.com
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
  and
George R. Parker
gparker@bradleyarant.com
Bradley Arant Rose & White LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
*Counsel for MBNA*

/s/Patrick J. Ballard
OF COUNSEL

2