IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY LEE TAPLEY, *et al.,* ) | |
| ) | |
| Plaintiffs ) | |
| v. ) | CASE NO. 3:06-cv-441-MEF |
| ) | |
| TRANS UNION, LLC, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Joint Stipulation of Dismissal (Doc. #34) filed on August 13, 2007, it is hereby

ORDERED that all claims against defendant Trans Union LLC are DISMISSED with prejudice, each party to bear its own costs.

It is further ORDERED that plaintiffs' claims, as set forth in their complaint, remain against all other defendants, named or unnamed.

DONE this the 17th day of August, 2007.

            /s/ Mark E. Fuller
            CHIEF UNITED STATES DISTRICT JUDGE