IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY LEE TAPLEY, *et al.,* | ) | |
| | ) | |
| Plaintiffs | ) | |
| v. | ) | CASE NO. 3:06-cv-441-MEF |
| | ) | |
| TRANS UNION, LLC, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Upon consideration of the Joint Motion to Dismiss (Doc. #34) filed on August 13,

2007, it is hereby

ORDERED that the motion is DENIED as moot.

DONE this the 31st day of August, 2007.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE