IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY LEE TAPLEY, et al., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 3:06-cv-441-MEF |
| ) | |
| MBNA AMERICA BANK, N.A., ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

RESPONSE TO SHOW-CAUSE ORDER DATED SEPTEMBER 5, 2007

COMES NOW the undersigned attorney for Plaintiffs and responds as follows to this Honorable Court's Show-Cause Order dated September 5, 2007:

1.    The undersigned was experiencing technical problems with the firm's electronic calendaring system in December of 2006, when the Court issued the original Order setting August 27, 2007 as the deadline for conducting face-to-face mediation and reporting to the Court regarding the results.  Apparently this item was inadvertently omitted from the calendar.

2.    The undersigned was also dealing with the extended illness and death of a family member during the month of August, 2007.  This hampered his ability to monitor case deadlines as effectively as he ought.

3.    Notwithstanding the above, as of August 27, 2007, Plaintiffs had settled their claims with all parties.  TransUnion has already been dismissed by

Order of this Court on August 17, 2007. The remaining Parties are in the final stages of preparing the paperwork to document this. The undersigned expects that the remaining paperwork will be completed and executed within the next few weeks, at which point a stipulation of dismissal as to all remaining parties will be entered.

    4.    Accordingly, Plaintiff's counsel apologizes to the Court for any inconvenience and requests this Court's indulgence under the circumstances.

Respectfully submitted this 5th day of September, 2007.

/s/Patrick J. Ballard
Patrick J. Ballard
Federal I.D. No.: xxx-xx-7233
2214 Second Ave. N., Suite 100
Birmingham AL 35203
TELE: (205) 321-9600
email: pat@ballardlawoffice.com

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon:

Iris Y. Gonzalez
JONES DAY
2727 N. Harwood St.
Dallas, TX  75201

Laura C. Nettles
LLOYD, GRAY & WHITEHEAD, P.C.
2502 20th Pl. S., Ste. 300
Birmingham, AL  35223

Cara L Hergenroether
KING & SPALDING, LLP
1180 Peachtree Street
Atlanta, GA  30309-3521

Marc Kirkland
STRASBURGER & PRICE, LLP
2801 Network Blvd, Suite 600
Frisco TX 75034

Kary Bryant Wolfe
WALSTON, WELLS & BIRCHALL, LLP
P.O. Box 830642
Birmingham, AL  35283-0642

Andrew J. Noble, III
BRADLEY ARANT ROSE & WHITE
P.O. Box 830709
Birmingham, AL  35283

by email on this the 5th day of September, 2007.

                                          /s/Patrick J. Ballard
                                          Patrick J. Ballard