IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY LEE TAPLEY, *et al.,* ) | |
| ) | |
| Plaintiffs ) | |
| v. ) | CASE NO. 3:06-cv-441-MEF |
| ) | |
| TRANS UNION, LLC, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby

ORDERED that the parties file a joint stipulation of dismissal on or before September 27, 2007

DONE this the 6th day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE