IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY LEE TAPLEY, et al.,    ) | |
|       ) | |
|    Plaintiffs,    ) | |
|       ) | |
| vs.    ) | CASE NO. 3:06-cv-441-MEF |
|       ) | |
| MBNA AMERICA BANK, N.A.,    ) | |
| et al.,    ) | |
|       ) | |
|    Defendants.    ) | |

MOTION TO EXTEND DEADLINE TO FILE STIPULATION OF DISMISSAL

     COME NOW the Plaintiffs in the above-styled cause and move this Honorable Court for an extension of the Court's September 27, 2007 deadline for filing stipulations of dismissal in this matter. As grounds, Plaintiffs show unto the Court the following:

     1.     This is a Fair Credit Reporting Act case.

     2.     Plaintiffs have settled with all of the Parties and have been preparing releases and other final paperwork in this matter.

     3.     On September 6, 2007, the Court entered an Order setting September 27, 2006 as a deadline for filing stipulations of dismissal as to all parties.

     4.     As of today, final release have been signed by the Plaintiffs as to all Defendants except Experian. A brief issue as to wording and terms of that release delayed preparation of the final paperwork as to that Defendant. Those differences have been resolved and Plaintiffs are awaiting a final draft of the release from

counsel for Experian. Plaintiffs are also awaiting the receipt of settlement funds from Equifax and Experian.

5.  Accordingly, Plaintiffs request that the Court all a brief extension of the deadline so that the final paperwork and receipt of settlement funds may be accomplished, at which point the Parties will file a joint stipulation dismissing the case in its entirety.

Respectfully submitted this 26th day of September, 2007.

/s/Patrick J. Ballard
Patrick J. Ballard
Federal I.D. No.:  xxx-xx-7233
2214 Second Ave. N., Suite 100
Birmingham AL 35203
TELE:  (205) 321-9600
email:  pat@ballardlawoffice.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon:

Iris Y. Gonzalez
JONES DAY
2727 N. Harwood St.
Dallas, TX  75201

Laura C. Nettles
LLOYD, GRAY & WHITEHEAD, P.C.
2502 20th Pl. S., Ste. 300
Birmingham, AL  35223

Cara L Hergenroether
KING & SPALDING, LLP
1180 Peachtree Street
Atlanta, GA  30309-3521

Marc Kirkland
STRASBURGER & PRICE, LLP
2801 Network Blvd, Suite 600
Frisco TX 75034

Kary Bryant Wolfe
WALSTON, WELLS & BIRCHALL, LLP
P.O. Box 830642
Birmingham, AL  35283-0642

Andrew J. Noble, III
BRADLEY ARANT ROSE & WHITE
P.O. Box 830709
Birmingham, AL  35283

by email on this the 26th day of September, 2007.

/s/Patrick J. Ballard
Patrick J. Ballard