IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
EASTERN DIVISION

| | |
|---|---|
| JEFFREY LEE TAPLEY, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 3:06-cv-441-MEF |
| ) | |
| MBNA AMERICA BANK, N.A., ) | |
| et al., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE FULLER:

Plaintiffs Jeffrey Lee Tapley and Betty Tapley, and Defendants, MBNA America Bank, N.A., n/k/a FIA Card Services, National Association, and Equifax, Inc. file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Jeffrey Lee Tapley and Betty Tapley and Defendants MBNA America Bank, N.A., n/k/a FIA Card Services, National Association, and Equifax, Inc., to be determined by this Court. The Plaintiffs hereby stipulate that all claims or causes of action against Defendants, MBNA America Bank, N.A., n/k/a FIA Card Services, National Association, and Equifax, Inc., which were or could have been the subject matter

of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

    Respectfully submitted,

        /s/Patrick J. Ballard
        Patrick J. Ballard
        Federal I.D. No.:  xxx-xx-7233
        2214 Second Ave. N., Suite 100
        Birmingham AL 35203
        TELE:  (205) 321-9600
        email:  pat@ballardlawoffice.com


        /s/Andrew J. Noble, III
        Andrew J. Noble, III
        BRADLEY ARANT ROSE & WHITE
        P.O. Box 830709
        Birmingham, AL  35283


        /s/Kirkland E. Reid
        Kirkland E Reid
        Miller, Hamilton, Snider & Odom, LLC
        254 State Street
        Mobile, AL 36603
        251-432-1414
        Email: kirkreid@mhsolaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon:

Iris Y. Gonzalez
JONES DAY
2727 N. Harwood St.
Dallas, TX  75201

Laura C. Nettles
LLOYD, GRAY & WHITEHEAD, P.C.
2502 20th Pl. S., Ste. 300
Birmingham, AL  35223

Kirkland E Reid
Miller, Hamilton, Snider & Odom, LLC
254 State Street
Mobile, AL 36603

Cara L Hergenroether
KING & SPALDING, LLP
1180 Peachtree Street
Atlanta, GA  30309-3521

Andrew J. Noble, III
BRADLEY ARANT ROSE & WHITE
P.O. Box 830709
Birmingham, AL  35283

by email on this the 27th day of September, 2007.

/s/Patrick J. Ballard
Patrick J. Ballard