IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY LEE TAPLEY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 3:06-cv-441 MEF |
| | ) | |
| MBNA AMERICA BANK, N.A., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

This cause is before the Court on Plaintiff's Stipulation of Dismissal (Doc. # 41) filed on January 4, 2006. By this motion, Plaintiff seeks to dismiss this action with prejudice. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, a plaintiff may only voluntarily and unilaterally dismiss an action against a defendant prior to the time that defendant files an answer or motion for summary judgment, whichever first occurs. After a defendant files an answer or motion for summary judgment, a plaintiff seeking to dismiss claims against a defendant must file either: a stipulation of dismissal *signed by all parties who have appeared in the action* or a proper motion which may be granted absent objection from the defendant. *See* Fed. R. Civ. P. 41(a)(1)(ii) & Fed. R. Civ. P. 41(a)(2). Here, Plaintiff attempts to dismiss the action with prejudice by filing a stipulation of dismissal after the defendants have filed an answer and a motion for summary judgment. Given that this fails to comport with the requirements of Federal Rule of Civil Procedure 41, it is ORDERED that:

(1) On or before **October 12, 2007**, Plaintiff file appropriate submissions in accordance with the requirements of Federal Rule of Civil Procedure 41 in the form of either a *joint stipulation of dismissal signed by all parties who have appeared in the action* or a motion to dismiss without prejudice.

(2) Plaintiff's Stipulation of Dismissal (Doc # 41) is DENIED.

DONE this the 28th day of September, 2007.

                                                /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE