IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
EASTERN DIVISION

| | |
|---|---|
| JEFFREY LEE TAPLEY, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 3:06-cv-441-MEF |
| ) | |
| MBNA AMERICA BANK, N.A., ) | |
| et al., ) | |
| ) | |
| Defendant. ) | |

<u>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS,
MBNA AMERICA BANK, N.A., N/K/A FIA CARD SERVICES, NATIONAL
ASSOCIATION, AND EQUIFAX, INC., (CORRECTED)</u>

TO THE HONORABLE JUDGE FULLER:

Plaintiffs Jeffrey Lee Tapley and Betty Tapley, and Defendants, MBNA America Bank, N.A., n/k/a FIA Card Services, National Association, and Equifax, Inc. file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Jeffrey Lee Tapley and Betty Tapley and Defendants MBNA America Bank, N.A., n/k/a FIA Card Services, National Association, and Equifax, Inc., to be determined by this Court. The Plaintiffs hereby stipulate that all claims or causes of action against Defendants, MBNA America Bank, N.A., n/k/a FIA Card Services, National Association, and Equifax, Inc., which were or could have been the subject matter

of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

The undersigned counsel of record for the Plaintiffs has electronically signed this stipulation on behalf of counsel for Defendants, MBNA America Bank, N.A., n/k/a FIA Card Services, National Association, and Equifax, Inc., with their express authorization and consent.

Respectfully submitted this 29th day of September, 2007.

/s/Patrick J. Ballard
Patrick J. Ballard
Federal I.D. No.:  xxx-xx-7233
2214 Second Ave. N., Suite 100
Birmingham AL 35203
TELE:  (205) 321-9600
email:  pat@ballardlawoffice.com

/s/Andrew J. Noble, III
Andrew J. Noble, III
BRADLEY ARANT ROSE & WHITE
P.O. Box 830709
Birmingham, AL  35283

/s/Kirkland E. Reid
Kirkland E Reid
Miller, Hamilton, Snider & Odom, LLC
254 State Street
Mobile, AL 36603
251-432-1414
Email: kirkreid@mhsolaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon:

Iris Y. Gonzalez
JONES DAY
2727 N. Harwood St.
Dallas, TX  75201

Laura C. Nettles
LLOYD, GRAY & WHITEHEAD, P.C.
2502 20th Pl. S., Ste. 300
Birmingham, AL  35223

Kirkland E Reid
Miller, Hamilton, Snider & Odom, LLC
254 State Street
Mobile, AL 36603

Cara L Hergenroether
KING & SPALDING, LLP
1180 Peachtree Street
Atlanta, GA  30309-3521

Andrew J. Noble, III
BRADLEY ARANT ROSE & WHITE
P.O. Box 830709
Birmingham, AL  35283

by email on this the 29th day of September, 2007.

    /s/Patrick J. Ballard
    Patrick J. Ballard