IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY LEE TAPLEY, *et al.*, ) | |
| ) | |
|    Plaintiffs ) | |
| v. ) | CASE NO. 3:06-cv-441-MEF |
| ) | |
| TRANS UNION, LLC, *et al.*, ) | |
| ) | |
|    Defendants. ) | |

## **O R D E R**

Upon consideration of the Motion to Extend Deadline to File Stipulation (Doc. #40) filed on September 29, 2007, it is hereby

ORDERED that the motion is GRANTED to and including October 15, 2007.

DONE this 1st day of October, 2007.

                                                /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE