IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY LEE TAPLEY, *et al.,* | ) | |
| | ) | |
| Plaintiffs | ) | |
| v. | ) | CASE NO. 3:06-cv-441-MEF |
| | ) | |
| TRANS UNION, LLC, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Upon consideration of the parties' Stipulation of Dismissal With Prejudice as to Defendants, MBNA America Bank, N.A., n/k/a FIA Card Services, National Association, and Equifax, Inc. (Doc. #43)[1] filed on September 29, 2007, it is hereby

ORDERED that all claims against the named defendants are DISMISSED with prejudice, each party to bear its own costs.

It is further ORDERED that plaintiffs' claims, as set forth in the complaint, remain against all other defendants, named or unnamed.

DONE this 1st day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] This was a corrected motion. The original motion (Doc. # 41) is DENIED as MOOT.