IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY LEE TAPLEY, *et al.,* | ) | |
| | ) | |
| Plaintiffs | ) | |
| v. | ) | CASE NO. 3:06-cv-441-MEF |
| | ) | |
| TRANS UNION, LLC, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL  JUDGMENT

Pursuant to the Joint Stipulation of Dismissal (Doc. #46) filed by the plaintiff and defendant Experian Information Solutions, Inc. on October 16, 2007, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, each party to bear their own costs and expenses.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 17th day of October, 2007.


_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE